UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA ILLES,

     Plaintiff,

v.                                      Case No: 8:17-cv-1440-T-36AEP

SANTANDER CONSUMER USA INC.,

     Defendant.

_____/

## O R D E R

This matter comes before the Court upon the Joint Stipulation to Arbitrate (Doc. 10), filed on July 20, 2017.  The parties have agreed to arbitrate all of the claims asserted by Plaintiff Barbara Illes against Defendant Santander Consumer USA Inc., pursuant to their written arbitration agreement.  Therefore, the parties request the Court to compel final, binding arbitration of all of the claims in this case and to dismiss this action without prejudice.  The Court, having considered the motion and being fully advised in the premises, will grant the Joint Stipulation to Arbitrate.

Accordingly, it is hereby

**ORDERED**:

1.     The Joint Stipulation to Arbitrate (Doc. 10) is **GRANTED**.  Plaintiff shall submit all of her claims against Defendant to final, binding arbitration, as provided for in the governing arbitration agreement.

2.     This case is dismissed, without prejudice.  Each party shall bear its own costs and attorneys' fees.

3.     The Clerk is directed to terminate all pending motions and deadlines and close this case.

**DONE AND ORDERED** in Tampa, Florida on July 21, 2017.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:

Counsel of Record