UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA ILLES,

    Plaintiff,

v.                                              Case No: 8:17-cv-1440-T-36AEP

SANTANDER CONSUMER USA INC.,

    Defendant.
_____/

## O R D E R

Before the Court is the Stipulated Notice of Voluntary Dismissal with Prejudice (Doc. 12). In accord with the Stipulated Notice of Voluntary Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Stipulated Notice of Voluntary Dismissal with Prejudice is **APPROVED** (Doc. 12).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on September 13, 2018.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record